UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendants | Case No. 08-cv-6314<br><br>APPEARANCE |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Scott Pontone.

I certify that I am admitted to practice in this court.

__7/14/2008__
Date

_[signature]_
Signature

Edmund Aronowitz (EA 0542)
Clifford Chance US LLP
31 W 52nd St.
New York, New York 10019

Phone: (212) 878-3378
Fax:   (212) 878-8375

E-mail:
edmund.aronowitz@cliffordchance.com

NYA898437.1