UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendants | **Docket No.**<br><br>08-cv-6314 (WHP)<br><br><br>**Motion to Admit Counsel Pro Hac Vice** |

### MOTION TO ADMIT DARYL W. FAIRBAIRN PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edmund Aronowitz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Daryl W. Fairbairn
Firm Name: Clifford Chance US LLP
Address: 31 W 52nd St.
City/State/Zip: New York, NY 10019
Phone Number: (212) 878-4960
Fax Number: (212) 878-8375

Daryl W. Fairbairn is a member in good standing of the Bar of the State of New York. There are no pending disciplinary proceedings against Mr. Fairbairn in any State or Federal court.

Dated: New York, New York
       July 16, 2008

Respectfully submitted,

Edmund Aronowitz (EA 0542)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel.: 212-878-8000
Fax: 212-878-8375
E-mail: edmund.aronowitz@cliffordchance.com
*Attorney for Plaintiff*
*Scott Pontone*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendants | **Docket No.**<br><br>08-cv-6314 (WHP)<br><br><br>**AFFIDAVIT OF EDMUND ARONOWITZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )   ss:
County of New York   )

Edmund Aronowitz, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Clifford Chance US LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to admit Daryl W. Fairbairn as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Fairbairn since 2007.

4. Mr. Fairbairn is an associate of Clifford Chance US LLP, in New York, New York.

5. I have found Mr. Fairbairn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Daryl W. Fairbairn, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Daryl W. Fairbairn, pro hac vice, which is attached hereto as exhibit A.

Wherefore it is respectfully requested that the motion to admit Daryl W. Fairbairn, pro hac vice, to represent Plaintiff in this matter be granted.

Dated: New York, New York
       July 16, 2008

Notarized:

Respectfully submitted,

Edmund Aronowitz (EA 0542)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel.: 212-878-8000
Fax: 212-878-8375
E-mail:edmund.aronowitz@cliffordchance.com
*Attorney for Plaintiff*
*Scott Pontone*

DAMIEN A. MORRIS
Notary Public, State of New York
No. 01MO6120842
Qualified in Suffolk County
Commission Filed in New York County
Commission Expires Dec. 27, 2008

## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DARYL WILLIAM FAIRBAIRN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 17th day of December, 2001 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 14, 2008

Clerk of the Court

6419

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendants | **Docket No.**<br><br>08-cv-6314 (WHP)<br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Edmund Aronowitz attorney for Plaintiff Scott Pontone and said sponsor's attorney affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Applicant's Name:　Daryl W. Fairbairn
　　　　Firm Name:　　　　Clifford Chance US LLP
　　　　Address:　　　　　31 W 52nd St.
　　　　City/State/Zip:　　New York, NY 10019
　　　　Phone Number:　　(212) 878-4960
　　　　Fax Number:　　　(212) 878-8375

is admitted to practice pro hac vice as counsel for Plaintiff Scott Pontone in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward to pro hac vice fee to the Clerk of the Court.

Dated:
City, State:

                                                                  _____
                                                                United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, copies of the Plaintiff's Motion to Admit Counsel Pro Hac Vice and supporting affidavit were served by first class mail on defendants The York Group, Inc., Milso Industries Corporation, and Matthews International Corporation, each at Two NorthShore Center, Suite 100, Pittsburgh, Pennsylvania 15212.

Edmund S. Aronowitz (EA 0542)
Clifford Chance US LLP
31 W. 52 St.
New York, NY, 10019
Phone: (212) 878-3378
Fax:    (212) 878-8375
E-mail: edmund.aronowitz@cliffordchance.com
*Attorney for Plaintiff*
*Scott Pontone*