UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>　　Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>　　Defendants | **Docket No.**<br><br>08-cv-6314 (WHP)<br><br><br>**Motion to Admit Counsel Pro Hac Vice** |

## MOTION TO ADMIT STEPHEN M. NICKLESBURG PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edmund Aronowitz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   Stephen M. Nickelsburg
    Firm Name:   Clifford Chance US LLP
    Address:   31 W 52nd St.
    City/State/Zip:   New York, NY 10019
    Phone Number:   (202) 912-5108
    Fax Number:   (202) 912-6000

Stephen M. Nickelsburg is a member in good standing of the Bar of the District of Columbia Court of Appeals. There are no pending disciplinary proceedings against Mr. Nickelsburg in any State or Federal court.

Dated:  New York, New York
        July 16, 2008

*[signature]*

Respectfully submitted,

Edmund Aronowitz (EA 0542)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Tel.:   212-878-8000
Fax:    212-878-8375
E-mail:edmund.aronowitz@cliffordchance.com
*Attorney for Plaintiff*
*Scott Pontone*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendants | **Docket No.**<br><br>08-cv-6314 (WHP)<br><br><br>**AFFIDAVIT OF EDMUND ARONOWITZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )   ss:
County of New York   )

Edmund Aronowitz, being duly sworn, hereby deposes and says as follows:

8. I am an associate at Clifford Chance US LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to admit Stephen M. Nickelsburg as counsel pro hac vice to represent Plaintiff in this matter.

9. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

10. I have known Mr. Nickelsburg since 2007.

11. Mr. Nickelsburg is a member of Clifford Chance US LLP, in New York, New York.

12. I have found Mr. Nickelsburg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and familiar with the Federal Rules of Procedure.

13. Accordingly, I am pleased to move the admission of Stephen M. Nickelsburg, pro hac vice.

14. I respectfully submit a proposed order granting the admission of Stephen M. Nickelsburg, pro hac vice, which is attached hereto as exhibit A.

Wherefore it is respectfully requested that the motion to admit Stephen M. Nickelsburg, pro hac vice, to represent Plaintiff in this matter be granted.

Dated: New York, New York
       July 16, 2008

Notarized:

Respectfully submitted,

Edmund Aronowitz (EA 0542)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Tel.:   212-878-8000
Fax:   212-878-8375
E-mail:edmund.aronowitz@cliffordchance.com
*Attorney for Plaintiff*
*Scott Pontone*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEPHEN M. NICKLESBURG

was on the  11TH  day of  JANUARY, 2002  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: _M. Charles_
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>Plaintiff<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>Defendants | **Docket No.**<br><br>08-cv-6314 (WHP)<br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Edmund Aronowitz attorney for Plaintiff Scott Pontone and said sponsor's attorney affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Stephen M. Nickelsburg
    Firm Name:    Clifford Chance US LLP
    Address:    31 W 52nd St.
    City/State/Zip:    New York, NY 10019
    Phone Number:    (202) 912-5108
    Fax Number:    (202) 912-6000

is admitted to practice pro hac vice as counsel for Plaintiff Scott Pontone in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward to pro hac vice fee to the Clerk of the Court.

Dated:
City, State:

_____<br>United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, copies of the Plaintiff's Motion to Admit Counsel Pro Hac Vice and supporting affidavit were served by first class mail on defendants The York Group, Inc., Milso Industries Corporation, and Matthews International Corporation, each at Two NorthShore Center, Suite 100, Pittsburgh, Pennsylvania 15212.

Edmund S. Aronowitz (EA 0542)
Clifford Chance US LLP
31 W. 52 St.
New York, NY, 10019
Phone: (212) 878-3378
Fax:    (212) 878-8375
E-mail: edmund.aronowitz@cliffordchance.com
*Attorney for Plaintiff*
*Scott Pontone*