```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SCOTT PONTONE,

    Plaintiff,

    -against-

THE YORK GROUP, INC. et al,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 6314 (WHP)

ORDER GRANTING
ADMISSION PRO HACE VICE

WILLIAM H. PAULEY III, District Judge:

    Having reviewed the Notice of Motion and the Affidavit of Edmund Aronowitz, Esq. in support of admitting Daryl W. Fairbairn, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Fairbairn be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned action.

    The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    July 28, 2008
          New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.