UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
    SCOTT PONTONE,

              Plaintiff,                    08 Civ. 6314 (WHP)

        -against-                       ORDER GRANTING
                                            ADMISSION PRO HACE VICE
    THE YORK GROUP, INC. et al,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Edmund Aronowitz, Esq. in support of admitting Stephen M. Nickelsburg, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Nickelsburg be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned action.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    July 28, 2008
            New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                   U.S.D.J.