UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SCOTT PONTONE,                            :

                    Plaintiff,        :         08 Civ. 6314 (WHP)

          -against-                     :         <u>SCHEDULING ORDER NO. 1</u>

THE YORK GROUP, INC. et al               :

                   Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on July 22, 2008, the followings schedule is established on consent:

1. Defendants shall file and serve their opposition to the motion for a preliminary injunction by August 18, 2008;

2. Plaintiff shall file and serve his reply on the motion by August 25, 2008; and

3. The Court will hold oral argument on September 3, 2008 at 11:00 a.m.

Dated:    July 22, 2008
            New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of Record*:

Stephen M. Nickelsburg, Esq.
Sidley Austin, LLP
Washington, DC 20036

Edmund Samuel Aronowitz
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
*Counsel for Plaintiff*

Steven Cooper, Esq.
John Doyle, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
*Counsel for Defendants*