

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| SCOTT PONTONE,<br><br>　　Plaintiff,<br><br>vs.<br><br>THE YORK GROUP, INC.,<br><br>MILSO INDUSTRIES CORPORATION,<br><br>and<br><br>MATTHEWS INTERNATIONAL CORPORATION,<br><br>　　Defendants. | Docket No.<br><br>08-cv-6314 (WHP)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/8/08 |

## STIPULATED DISCOVERY SCHEDULE AND ORDER

WHEREAS Scott Pontone ("Plaintiff") and The York Group, Inc., Milso Industries Corporation, and Matthews International Corporation ("Defendants"), are parties to the above titled action; and,

WHEREAS a hearing has been scheduled for September 3, 2008, on Plaintiff's Motion for Preliminary Injunction; and,

WHEREAS Defendants have by electronic mail served on Plaintiff a First Request for Production of Documents and First Interrogatories, dated July 23, 2008 ("Defendants' Requests");

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff shall serve a first set of Interrogatories and Requests for Production of Documents to Defendants ("Plaintiff's Requests") on Defendants' counsel by July 28, 2008.



2. Plaintiff Scott Pontone shall be available for deposition on July 31, 2008, at 9:00 a.m., in New York, New York.

3. Plaintiff shall serve responses and objections to Defendants' Requests and shall make a good-faith effort to produce responsive documents by July 29, 2008 at 5:00 p.m.

4. Defendants shall serve responses and objections to Plaintiff's Requests and shall make a good-faith effort to produce responsive documents by August 8, 2008 at 5:00 p.m.

5. Defendants shall designate a representative or representatives to testify on their behalf pursuant to Federal Rule of Civil Procedure 30(b)(6) and make that representative or representatives available for deposition on August 19, 2008 in Pittsburgh, Pennsylvania.

6. Service of all discovery requests and responses shall be by electronic mail to the undersigned counsel and shall be effective on the date and at the time mailed. Service of voluminous documents that cannot be sent by electronic means shall be by hand delivery to the New York office of the undersigned counsel.

7. Defendants' response to the complaint shall be due two weeks from the date of a decision on Plaintiff's Motion for Preliminary Injunction.

8. Depositions are subject to continuance or rescheduling should the deposing party determine in good faith that the producing parties' document production is deficient.

SO ORDERED:

_____
                  Y III U.S.D.J.
8/7/08

Dated: New York, New York
July 29, 2008

_____
Edmund Aronowitz (EA 0542)
Clifford Chance US LLP
31 W 52nd St.
New York, New York 10019
Phone: (212) 878-8000
Fax:   (212) 878-8375
E-mail:
edmund.aronowitz@cliffordchance.com

Stephen M. Nickelsburg (_____)
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
Phone: (202) 912-5000
Fax:   (202) 912-6000
E-mail:
steve.nickelsburg@cliffordchance.com

*For themselves and for*
*Plaintiff Scott Pontone*

_____
John H. Doyle, Esq.
Steven Cooper, Esq.
Lawrence J. Reina, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Fax: 212-521-5450

*For themselves and for Defendants*
*The York Group, Inc., Milso Industries*
*Corporation and Matthews International*
*Corporation*

SO ORDERED: _____          Date: _____
             Hon. William H. Pauley
             United States District Judge

3