# ReedSmith

Steven Cooper
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 13, 2008

**BY FACSIMILE - (212) 805-6390**

The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Re: **Pontone v. The York Gp., Inc. et al., No 08 -CV-6314 (WHP)**

Dear Judge Pauley:

We represent The York Group, Inc. ("York"), Milso Industries Corporation ("Milso") and Matthews International Corporation, the Defendants in the above-referenced action (collectively, the "Defendants"). We are faxing this letter with the permission of the Court's deputy.

In connection with the briefing on Plaintiff's preliminary injunction motion, we have conferred with counsel for Plaintiff Scott Pontone and write this letter on behalf of both Plaintiff and Defendant to respectfully request that the Court extend the page limitations for the parties' opposition and reply briefs.

In order to give a full airing of the issues on this important motion, <u>Defendants request that they be permitted to submit a joint memorandum of law in opposition to the preliminary injunction motion, due on Monday, August 18, of no more than 35 pages; Plaintiff requests that he be permitted to submit a reply memorandum, due on Monday, August 25, of no more than 20 pages.</u>

We thank the Court for its consideration of this request.

Respectfully submitted,

*Steven Cooper*
Steven Cooper

SC:dh

cc: Edmund Aronowitz, Esq. (via facsimile)
    Steve Nickelsburg, Esq. (via email)

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/18/08

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

NYLIB-8040009