AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SCOTT PONTONE,
                Plaintiff,
    v.
THE YORK GROUP, INC., MILSO
INDUSTRIES CORPORATION, AND
MATTHEWS INTERNATIONAL CORPORATION,
                Defendants.

**APPEARANCE**

Case Number: 08-CV-6314 (WHP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    DEFENDANTS THE YORK GROUP, INC., MILSO INDUSTRIES CORPORATION, AND MATTHEWS INTERNATIONAL CORPORATION

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/22/2008 | *[signature]* |
| Date | Signature |
| | Lawrence J. Reina     LR-7327 |
| | Print Name     Bar Number |
| | Reed Smith LLP  599 Lexington Avenue |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 521-5400     (212) 521-5450 |
| | Phone Number     Fax Number |