**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Scott Pontone, Plaintiff,<br><br>-v-<br><br>The York Group, Inc., Milso Industries Corporation, and Matthews International Corporation, Defendant. | Case No. 08-CV-6314<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Defendants__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Defendant Matthews International Corporation ("Matthews") has no parent corporation or any public corporation that owns 10% or more of its stock.

Defendant Milso Industries Corporation is a wholly-owned subsidiary of The York Group, Inc. and no public corporation owns 10% or more of its stock.

Defendant The York Group, Inc. is a wholly-owned subsidiary of Matthews, and Matthews, a public corporation, owns 100% or more of its stock.

**Date:** Aug. 22, 2008

_[signature]_
**Signature of Attorney**

**Attorney Bar Code:** LR-7327