```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
SCOTT PONTONE,                 :

                Plaintiff,     :    08 Civ. 6314 (WHP)

        -against-              :    ORDER

THE YORK GROUP, INC. et al.    :

                Defendants.    :
------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

The Court conducted a teleconference with the parties on August 22, 2008, regarding the parties' request to file certain exhibits under seal. The parties are directed to file their briefs and affidavits without exhibits electronically and to serve courtesy copies that include exhibits on the Court. The parties shall meet and confer in an attempt to minimize redactions to exhibits for the motion for preliminary injunction. The Court will rule on the redactions at the preliminary injunction hearing.

Dated:    August 22, 2008
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.